Case 4:16-cv-02297   Document 7   Filed in TXSD on 10/26/16   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN CABANAS-TOLEDO, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-16-2297 |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty (30) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 26TH day of October 2016.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE