IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN CABANAS-TOLEDO<br> *Plaintiff*,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY;<br>PAMELA C. COOPER<br> (a) Individually, (b) as Trustee of Bill R. Hablinski, (c) as Trustee of the Bill R. Hablinski Living Trust, (d) as Representative/Administrator of the Estate of Bill R. Hablinski, (e) as Beneficiary of the Estate of Bill R. Hablinski, and (f) as Next of Kin of Bill R. Hablinski;<br>DEFENDANT THE ESTATE OF BILL R. HABLINSKI;<br>DEFENDANT BILL R. HABLINSKI<br> *Defendant*. | CIVIL ACTION NO. 4:16-cv-2297 |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice filed by Plaintiff Juan Cabanas-Toledo and Defendant Allied Property and Casualty Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this 5TH day of November, 2016.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE